# UNITED STATES DISTRICT COURT
for the
_SD_ District of _FL_
_____ Division

Juan Frias
3315 NW 96 st
Miami FL, 33147

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Pedro Martin
99 NE 4th st suit 800
Miami FL, 33132
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

FILED BY ____ D.C.
SEP 03 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Juan Frias
   Street Address: 3315 NW 96 St
   City and County: Miami
   State and Zip Code: FL, 33147
   Telephone Number: 786-535-8367
   E-mail Address: Juan.Frias085@Gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

    Name: Pedro Martin
    Job or Title (if known): Paralegal Specialist
    Street Address: 99 NE 4th St Suit 800
    City and County: Miami
    State and Zip Code: FL, 33132
    Telephone Number: 305-691-9221
    E-mail Address (if known):

Defendant No. 2

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*The defendant withdrew all stimulus check from government for restitution payment.*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*To receive stimulus checks and stop the department of justice from withdrawing payments from IRS.*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/03/2021

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  Juan Frias

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

 Gmail

Juan Frias <juan.frias085@gmail.com>

## This is the final memo to Cole the case.

**Martin, Pedro (USAFLS)** <Pedro.Martin@usdoj.gov>   Tue, Jun 15, 2021 at 11:34 AM
To: Juan Frias <juan.frias085@gmail.com>

Mr. Frias,

Your payments were deferred while your Social Security Administration case was being resolved. At the time, the Court concurred with the recommendation from Probation to temporarily suspend monthly restitution payments until you had a decision from the Social Security Administration. Your Social Security Administration claim was denied on January 7, 2021 and therefore you were to begin making payments towards your outstanding restitution judgment. There is no Order entered deferring or suspending your restitution payments.

On December 7, 2018 you were ordered to pay $100.00 assessment and restitution in the amount of $67,200.00. As of today, the $100.00 and a total of $1,881.20 has been applied to your restitution.

All defendants who have been ordered to pay restitution are placed on the Treasury Offset Program (TOP). As in your case, the funds are offset by the Treasury Department and applied to your outstanding restitution balance.

I have discussed your issue with the AUSA, who agrees that no refund is due back to you as there is no Order preventing the collection of your restitution.

[Quoted text hidden]

 **Judgment.pdf**
348K



Juan Frias <juan.frias085@gmail.com>

## This is the final memo to Cole the case.

**Martin, Pedro (USAFLS)** <Pedro.Martin@usdoj.gov>  
To: Juan Frias <juan.frias085@gmail.com>

Mon, Jun 14, 2021 at 9:36 AM

Mr. Frias

I forwarded the information you provided to the AUSA along with the information provided to me by Mr. Gravie. I will notify you have their decision.

If you are due a refund, it will take 2-3 months to process. The funds will then be deposited into the account Treasury has on file.

Peter Martin

Paralegal Specialist

US Attorney's Office/SDFL

Tel. No. 305-961-9221

Fax No. 305-530-7195

Pedro.martin@usdoj.gov

[Quoted text hidden]

 Gmail

Juan Frias <juan.frias085@gmail.com>

## This is the final memo to Cole the case.

**Martin, Pedro (USAFLS)** <Pedro.Martin@usdoj.gov>  
To: Juan Frias <juan.frias085@gmail.com>

Wed, Jun 16, 2021 at 4:56 PM

Mr. Frias,

The Report and Recommendation for Final Revocation Hearing which is dated **February 4, 2021**, and states **"On January 7, 2021, the defendant received an unfavorable decision from SSA as to his application for supplemental security income. He was found not to be disabled and eligible for benefits."**

We have reviewed the documents you have provided and your Case No. 21-21831-CV-COOKE.

Again, there are no Orders entered which defer or suspend your restitution payments. Since there is no such Order, you are required to make monthly restitution payments.

We will **not** be refunding the funds obtained through the Treasury Offset Program and applied to your restitution balance.

[Quoted text hidden]